## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

Vincent Brambel,

   **Plaintiff,**

v.               **Case No.25-cv-2755-JWL**

Northrup Gruman Innovation Systems, Inc.,

   **Defendant.**

### <u>MEMORANDUM & ORDER</u>

On April 14, 2026, the magistrate judge assigned to this case issued an order directing plaintiff to show cause to the court by May 15, 2026 why service of the summons and complaint was not made in this case upon defendant within 90 days from the filing of the complaint and why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff has not responded to the order to show cause and the deadline for doing so has passed.

A plaintiff's failure to complete proper service upon a defendant within the prescribed time for doing so is grounds for dismissal of all claims against that party, absent a showing of good cause for that failure. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). Because plaintiff has not shown good cause, requested an extension of time, or contacted the court in any respect, the court dismisses the complaint without prejudice to refiling.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff's complaint is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated this 18th day of May, 2026, at Kansas City, Kansas.

                                            s/John W. Lungstrum

HON. JOHN W. LUNGSTRUM
United States District Judge

2